IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBIN RUSSELL,

          Plaintiff,                    No.  3:10-cv-6278-JE

     v.

MICHAEL J. ASTRUE,                 ORDER
Commissioner of Social Security,

          Defendant.

HERNANDEZ, District Judge:

Magistrate Judge Jelderks issued a Findings and Recommendation (#17) on April 5,

2012, in which he recommends that this Court reverse the Commissioner's decision and remand

the action for further proceedings.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of

Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, I am relieved of my obligation to review the record *de novo*.  <u>United States v.</u>

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

Judge's report to which objections have been made).  Having reviewed the legal principles *de*

*novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [17].

Accordingly, the Commissioners' decision is reversed and remanded for further proceedings.

IT IS SO ORDERED.

DATED this ___25th___ day of ___May_____, 2012.


/s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER